NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEE DAWSON, ON HIS OWN BEHALF AND ALL OTHERS SIMILARY SITUATED,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2014-5115

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00297-EGB, Senior Judge Eric G. Bruggink.

---

**JUDGMENT**

---

DANIEL BERKO, Law Office of Daniel Berko, San Francisco, CA, argued for plaintiff-appellant.

TANYA KOENIG, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., REGINALD T. BLADES, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, O'MALLEY, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 21, 2016        /s/ Daniel E. O'Toole
    Date                Daniel E. O'Toole
                            Clerk of Court